IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CV-28-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| HUENE PROPERTY, INCLUDING REAL PROPERTY | : | |
| BEING LAND AS DESCRIBED IN BOOK 2858, | : | |
| PAGE 219 OF THE HORRY COUNTY REGISTRY, | : | |
| SOUTH CAROLINA, AND HAVING THE STREET | : | |
| ADDRESS OF 132 ASHWORTH DRIVE, | : | |
| LITTLE RIVER, SOUTH CAROLINA, AND | : | |
| BEING TITLED IN THE NAME OF THOMAS | : | |
| R. HUENE AND BEATRICE HUENE; ETC., | : | |
| | : | |
| Defendants. | : | |

On motion by the United States, and for good cause shown, it is hereby ORDERED that

1. The Secretary of the Treasury shall seize the forfeited real property after allowing the current occupant, Thomas R. Huene, 20 days to peaceably vacate the property;

2. The occupants of the real property, including but not limited to Thomas R. Huene, shall vacate the property along with their possessions within 20 days after service on them of this Order;

3. The Secretary of the Treasury is directed to personally serve the occupants of the real property, including but not limited to Thomas R. Huene, with a copy of this Order forthwith;

and

4. Should the occupant(s) not vacate the property within 20 days of service of the Order, the Secretary of Treasury is directed to remove the occupants and their possessions from the property, treating the personal property as abandoned property subject to disposal under the applicable federal regulations.

This 5 April 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　Senior U.S. District Judge

2

Case 7:07-cv-00028-BR   Document 74   Filed 04/06/11   Page 2 of 2